UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KENNETH WOODSON, | ) | |
| | ) | Class & Collective Action |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-cv-00049-JMS-MJD |
| | ) | |
| GOD'S MOVING, INC. and | ) | |
| TODD HUFFORD, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR
FINAL APPROVAL OF SETTLEMENT**

The parties, by counsel, respectfully request that the Court grant final approval of the settlement in this matter after the Court holds the Final Approval Hearing scheduled for January 30, 2020. In support of this Motion, the parties state as follows:

1. The parties have reached a settlement to resolve this matter. Docket No. 57-1 contains the terms of the settlement agreement. Because this case involves claims under the federal Fair Labor Standards Act ("FLSA") and putative class action claims under Indiana state law that are governed by Rule 23 of the Federal Rules of Civil Procedure, the settlement requires Court approval.

2. On October 18, 2019, the Court issued an Order Granting Second Amended Joint Motion for Preliminary Approval of Settlement and Approval of Notice. (Docket No. 68) Among other things, the Order (a) directed the parties to file a joint motion for final approval of settlement by December 23, 2019, and (b) set a Final Approval Hearing for January 30, 2020. (Docket No. 68)

3. In connection with the preliminary approval, the Court ordered that Class Counsel mail to each Settlement Class Member a Court-approved notice of the proposed settlement.

US.125937995.01

(Docket No. 68)  The notice enclosed an opt-in form and an opt-out form and stated each Settlement Class Member had 45 days from the date of mailing of the notice to execute and return a form to Class Counsel or to file a written objection to the proposed settlement. (Docket No. 66-1)

4. Class Counsel mailed the notices to the Settlement Class Members on October 30, 2019.  (Docket No. 69)  Therefore, the deadline for each Settlement Class Member to opt in to, opt out from, or object to the proposed settlement was December 14, 2019.  This deadline has passed.

5. As of the filing of this Motion, 38 of the 122 Settlement Class Members have opted into the settlement, no Settlement Class Members have opted out of the settlement, and no Settlement Class Members have objected to the proposed Settlement.

6. The notice directed by the Court, and issued by Class Counsel, was a reasonable method of informing the Settlement Class Members of the nature of the proposed settlement, gave the Settlement Class Members sufficient time to object to and/or opt out of the proposed settlement, and satisfied due process.  (Docket Nos. 57 and 68)

7. For the reasons stated in the parties' Amended Joint Motion for Preliminary Approval of Settlement and Approval of Notice (Docket No. 57) and the Court's Order Granting Second Amended Joint Motion for Preliminary Approval of Settlement and Approval of Notice (Docket No. 68), the terms of the settlement are fair, adequate, and reasonable.

Accordingly, the parties respectfully request that, after the Court holds the Final Approval Hearing, the Court grant final approval of the settlement, enter a final judgment in this case, and dismiss this action with prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **Weldy Law** | **Faegre Baker Daniels LLP** |
| /s/Ronald E. Weldy | /s/Tareen Zafrullah |
| Ronald E. Weldy | Edward E. Hollis (#19402-49) |
| 8383 Craig Street, Suite 330 | Tareen Zafrullah (#25892-49) |
| Indianapolis, IN 46250 | Alexander E. Preller (#32842-49) |
| Email: rweldy@weldylegal.com | 300 N. Meridian Street, Suite 2500 |
| Tel: (317) 842-6600 | Indianapolis, IN 46240 |
|  | Phone (317) 237-0300 |
| *Attorney for Plaintiff* | Fax: (317) 237-1000 |
|  | E-mail: edward.hollis@faegrebd.com |
|  |    tareen.zafrullah@faegrebd.com |
|  |    alex.preller@faegrebd.com |

Gregory P. Abrams (IL Bar No. 6280767)
   *Admitted pro hac vice*
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Phone: (312) 212-6500
Fax: (312) 212-6501
Email: gregory.abrams@faegrebd.com

*Attorneys for Defendants, God's Moving, Inc. d/b/a Jay's Moving and Todd Hufford*

US.125937995.01