UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KENNETH WOODSON, ) | |
| ) | Class & Collective Action |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:19-cv-00049-JMS-MJD |
| ) | |
| GOD'S MOVING, INC. and ) | |
| TODD HUFFORD, ) | |
| ) | |
| Defendants. ) | |

**AMENDED JOINT MOTION FOR
FINAL APPROVAL OF SETTLEMENT**

The parties, by counsel, respectfully request that the Court grant final approval of the settlement in this matter after the Court holds the Final Approval Hearing scheduled for January 30, 2020. In support of this Amended Motion, the parties state as follows:

1. The deadline for each Settlement Class Member to opt in to, opt out from, or object to the proposed settlement was December 14, 2019 (the "Form Deadline").

2. On December 23, 2019, the parties filed a Joint Motion for Final Approval of Settlement (the "Motion"). [Filing No. 72.] A proposed Order Granting Final Approval of Settlement was attached to the Motion (the "Proposed Order"). [Filing No. 72-1.] The Motion and the Proposed Order stated that, as of the filing of the Motion, 38 Settlement Class Members had opted into the settlement.

3. On December 30, 2019, Plaintiff's counsel received Settlement Class Member Andrew Decker's opt-in form by mail. The parties have agreed to accept Mr. Decker's opt-in form. Therefore, as of the filing of this Amended Motion, 39 Settlement Class Members have opted into the settlement. Attached to this Amended Motion is an amended proposed Order Granting Final Approval of Settlement stating 39 Settlement Class Members have opted into the

US.126535593.01

settlement (the "Amended Proposed Order"). The Amended Proposed Order is similar to the Proposed Order, except the Amended Proposed Order states 39 (not 38) Settlement Class Members have opted into the settlement.

4. Mr. Decker's opt-in form was the only opt-in form received after the Form Deadline. No opt-out forms or objections were received before or after the Form Deadline.

5. For the reasons stated in the Motion, the terms of the settlement are fair, adequate, and reasonable.

Accordingly, the parties respectfully request that, after the Court holds the Final Approval Hearing, the Court grant final approval of the settlement, enter a final judgment in this case, and dismiss this action with prejudice.

Respectfully submitted,

| **Weldy Law** | **Faegre Baker Daniels LLP** |
|---|---|
| /s/Ronald E. Weldy | /s/Tareen Zafrullah |
| Ronald E. Weldy | Edward E. Hollis (#19402-49) |
| 8383 Craig Street, Suite 330 | Tareen Zafrullah (#25892-49) |
| Indianapolis, IN 46250 | Alexander E. Preller (#32842-49) |
| Email: rweldy@weldylegal.com | 300 N. Meridian Street, Suite 2500 |
| Tel: (317) 842-6600 | Indianapolis, IN 46240 |
| | Phone (317) 237-0300 |
| *Attorney for Plaintiff* | Fax: (317) 237-1000 |
| | E-mail:edward.hollis@faegrebd.com |
| | tareen.zafrullah@faegrebd.com |
| | alex.preller@faegrebd.com |
| | |
| | Gregory P. Abrams (IL Bar No. 6280767) |
| | *Admitted pro hac vice* |
| | 311 S. Wacker Drive, Suite 4300 |
| | Chicago, IL 60606 |
| | Phone: (312) 212-6500 |
| | Fax: (312) 212-6501 |
| | Email: gregory.abrams@faegrebd.com |
| | |
| | *Attorneys for Defendants, God's Moving, Inc. d/b/a Jay's Moving and Todd Hufford* |